CHARLES C. GANTZMAN, Respondent, v. FREDERICK W. REISMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

QUIGLEY FURNACE SPECIALTIES COMPANY, INC., Respondent, v. FREDERICK W. REISMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE CHAMPION REFRIGERATOR Co., INC., Appellant, v. THE REPUBLIC METAL-WARE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE CHAMPION REFRIGERATOR Co., INC., Appellant, v. THE REPUBLIC METAL-WARE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE CHAMPION REFRIGERATOR Co., INC., Respondent, v. THE REPUBLIC METALWARE Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

IRISH FREE STATE and Others, Plaintiffs, v. GUARANTY SAFE DEPOSIT COMPANY and Others, etc., Defendants, Impleaded with JOHN J. HEARN and Others, etc., Appellants. FRIENDS OF IRISH FREEDOM, as Claimant, etc., Respondent, v. THE RECEIVERS APPOINTED IN THIS ACTION, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to move in proper form under section 552 of the Civil Practice Act for a new trial on the ground of newly-discovered evidence. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Supplementary Proceedings: PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Judgment Creditor, Respondent, v. SAM BERKOVITZ, Judgment Debtor, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN FRANCIS DINGEE and Others, Plaintiffs, v. SID BLAKE and Others, Defendants. MORTGAGE GUARANTEE AND TITLE COMPANY OF NEW YORK, Appellant; JOHN F. MURRAY, Receiver of the COPNISH ARMS HOTEL Co., INC., Respondent.— Appeal discontinued by stipulation, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of CHARLES MEADS & Co., Contractor, Respondent, for an Order Fixing the Amount of the Undertaking to Be Given by It for the Discharge of a Lien against a Public Improvement, Filed by GUST WICKBERG & SON, Lienors, Appellants, Affecting the Moneys Due and to Become Due to Said Contractor under Its Contract with the City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.